UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.   EDCV 08-509-ABC  (OP)          Date  August 18, 2008

Title:    Royce Keith Williams v. Riverside County Department of Public Services.

---

PRESENT: THE HONORABLE    OSWALD PARADA          ☐ U.S. DISTRICT JUDGE
                                                 ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**          **ATTORNEYS PRESENT FOR RESPONDENT:**
            NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On May 29, 2008, this Court issued an Order Dismissing Petition for Writ of Habeas Corpus with Leave to Amend.  The Order gave petitioner until June 29, 2008, to file a First Amended Petition that remedied the deficiencies discussed in the Order.  The Order expressly admonished petitioner that, if he failed to timely file a First Amended Petition, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute.  To date, petitioner has not filed a First Amended Petition.

Accordingly, no later than August 25, 2008, petitioner is ordered to show cause why this case should not be dismissed for failure to prosecute.  Filing of the First Amended Petition on or before August 25, 2008, shall be deemed compliance with this Order to Show Cause.  Petitioner's failure to file a First Amended Petition by August 25, 2008, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED.**

cc: All Parties of Record

                                         Initials of Deputy Clerk_____MG

CV-90 (10/98)

CIVIL   MINUTES   -    GENERAL